# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**TAMMY BARKER-BAIR**,
    Plaintiff,

  **-vs-**　　　　　　　　　　　　　　　**CASE NO. 1:06-cv-696**
　　　　　　　　　　　　　　　　　　　　Judge S. Arthur Spiegel

**COMMISSIONER of SOCIAL SECURITY**,
    Defendants.

---

### JUDGMENT IN A CIVIL CASE

---

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

**THAT** the Report and Recommendations be **ADOPTED**; the matter is **REMANDED** to Defendant Commissioner for immediate award of disability insurance benefits and **CLOSES** this case.

Date: April 3, 2008　　　　　　　　　　　　**JAMES BONINI, CLERK**

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Mary Rogers
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk